DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCIS KNIZE,**
Appellant,

v.

**LONN WEISSBLUM, ET AL.,**
Appellees.

No. 4D22-0016

[August 18, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Goodman, Judge; L.T. Case No. 21-9988.

Francis Knize, in proper person.

Ashley Moody, Attorney General, and Christopher M. Sutter (Fort Lauderdale), Assistant Attorney General, for appellees.

PER CURIAM.

*Affirmed.*

EMAS, SCALES, and BOKOR, Associate Judges, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***